| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY Caption in Compliance with D.N.J. LBR 9004-2(c) BARRY E. LEVINE, LLC 101 GIBRALTAR DRIVE SUITE 2-F MORRIS PLAINS, NJ 07950 (973) 538-2084 Attorney for Debtor/Defendant | |
|---|---|
| In Re: NICHOLAS TARSIA, debtor CARLO et al v. NICHOLAS TARSIA | Case No.: 12-15709 Chapter: 7 Adv. No.: 12-1590 Hearing Date: 8-23-2012 Judge: STECKROTH |

## CERTIFICATION OF SERVICE

1. I, _____Barry E. Levine_____ :

   ☑ represent the ___defendant___ in the above-captioned matter.

   ☐ am the secretary/paralegal for _____, who represents the _____ in the above captioned matter.

   ☐ am the _____ in the above case and am representing myself.

2. On ___July 9, 2012___, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

   Answer to Adversary Complaint

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: __7/9/2012__              /s/ Barry E. Levine
                                 Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| KATHLEEN R. WALL, ESQ.<br>2640 Highway 70<br>P.O. Box A<br>Manasquan, NJ 08736-0631 | Attorney for Plaintiff | ❏ Hand-delivered<br>❏ Regular mail<br>❏ Certified mail/RR<br>❏ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>❏ Other _____<br>(as authorized by the court *) |
|  |  | ❏ Hand-delivered<br>❏ Regular mail<br>❏ Certified mail/RR<br>❏ E-mail<br>❏ Notice of Electronic Filing (NEF)<br>❏ Other _____<br>(as authorized by the court *) |
|  |  | ❏ Hand-delivered<br>❏ Regular mail<br>❏ Certified mail/RR<br>❏ E-mail<br>❏ Notice of Electronic Filing (NEF)<br>❏ Other _____<br>(as authorized by the court *) |
|  |  | ❏ Hand-delivered<br>❏ Regular mail<br>❏ Certified mail/RR<br>❏ E-mail<br>❏ Notice of Electronic Filing (NEF)<br>❏ Other _____<br>(as authorized by the court *) |

BARRY E. LEVINE, LLC
101 Gibraltar Drive
Suite 2-F
Morris Plains, NJ 07950
BL3155
Phone# (973) 538-2084
Attorney for the Debtor(s)

| In the Matter of:<br><br>Nicholas Tarsia<br><br><br>Debtor(s) | UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>CHAPTER 7<br>CASE NO. 12-15709-DHS<br>ADV NO: 12-1590 |
|---|---|

ANTHONY CARLO, DANIEL
CARLO AND KAREN CARLO

   Plaintiffs

 v.

NICHOLAS TARSIA        ANSWER

   Defendant.

Defendant Nicholas Tarsia by way of answer to the Plaintiff's complaint, states as follows:

### FIRST COUNT

 1. Neither admit or deny but leave plaintiffs to their proofs.

 2. Admit.

 3. Admit that a judgment was recovered. Plaintiff neither admits or denies the characterization of the basis for the judgment.

 4. Denied.

 5. Denjed.

WHEREFORE, defendant demands that the first count of the plaintiffs' complaint be dismissed with prejudice and without costs.

## SECOND COUNT

1. Defendant repeats his answer to the allegations in the first count as if set forth at full length herein.

2. Admit.

3. Denied.

WHEREFORE, Defendant demands that the second count of the plaintiff's complaint be dismissed with prejudice and without costs.

BARRY E. LEVINE, LLC
Attorney for Defendant/Debtor
Nicholas Tarsia

By: /s/ Barry E. Levine

Date: July 9, 2012

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>BARRY E. LEVINE, LLC<br>101 GIBRALTAR DRIVE SUITE 2-F<br>MORRIS PLAINS, NJ 07950<br>(973) 538-2084<br>Attorney for Debtor/Defendant | |

| | | |
|---|---|---|
| In Re:<br><br>NICHOLAS TARSIA,<br>    debtor<br><br>CARLO et al<br>    v.<br><br>NICHOLAS TARSIA | Case No.:<br>Chapter:<br>Adv. No.:<br>Hearing Date:<br>Judge: | 12-15709<br>7<br>12-1590<br>8-23-2012<br>STECKROTH |

## CERTIFICATION OF SERVICE

1.  I, _____Barry E. Levine_____ :

    ☑ represent the _____defendant_____ in the above-captioned matter.

    ☐ am the secretary/paralegal for _____, who represents the _____ in the above captioned matter.

    ☐ am the _____ in the above case and am representing myself.

2.  On _____July 9, 2012_____, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

    Answer to Adversary Complaint

3.  I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: __7/9/2012__           /s/ Barry E. Levine
                              Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| KATHLEEN R. WALL, ESQ.<br>2640 Highway 70<br>P.O. Box A<br>Manasquan, NJ 08736-0631 | Attorney for Plaintiff | ❏ Hand-delivered<br>❏ Regular mail<br>❏ Certified mail/RR<br>❏ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>❏ Other _____<br>(as authorized by the court *) |
| | | ❏ Hand-delivered<br>❏ Regular mail<br>❏ Certified mail/RR<br>❏ E-mail<br>❏ Notice of Electronic Filing (NEF)<br>❏ Other _____<br>(as authorized by the court *) |
| | | ❏ Hand-delivered<br>❏ Regular mail<br>❏ Certified mail/RR<br>❏ E-mail<br>❏ Notice of Electronic Filing (NEF)<br>❏ Other _____<br>(as authorized by the court *) |
| | | ❏ Hand-delivered<br>❏ Regular mail<br>❏ Certified mail/RR<br>❏ E-mail<br>❏ Notice of Electronic Filing (NEF)<br>❏ Other _____<br>(as authorized by the court *) |