# LAW OFFICES
# KATHLEEN R. WALL

| | | |
|---|---|---|
| Kathleen R. Wall, Esq. | 2640 HIGHWAY 70 | TELEPHONE 732-223-0111 |
| Daniel Jude Maxwell, Esq.* | P.O. BOX A | TELEFAX 732-223-0290 |
| | MANASQUAN, NJ  08736-0631 | |

*NJ and NY Bars

March 4, 2013

REFERENCE FILE #  32808

HONORABLE DONALD H. STECKROTH
UNITED STATES BANKRUPTCY COURT
50 WALNUT ST
NEWARK, NJ  07102

    RE:  NICHOLAS TARSIA
    RE:  ANTHONY CARLO, DANIEL CARLO AND KAREN CARLO
    VS:  NICHOLAS TARSIA
    CASE NO.  12-15709-DHS  ADV. NO. 12-1590
    TRIAL DATE: MARCH 7, 2013, 10:00 A.M.

My dear Judge Steckroth:

    Enclosed please find the trial binder of Anthony Carlo.

    Thank you for your consideration.

                Respectfully submitted,

                /s/ Kathleen R. Wall

                KATHLEEN R. WALL

KRW/br
Encls.
cc:  Barry Levine, Esq.
w/encl.