KATHLEEN R. WALL, ESQUIRE
2640 HIGHWAY #70
PO BOX A
MANASQUAN   NJ   08736-0631
(732) 223-0111
FAX: 732-223-0290
KRW/7405
Attorney for CREDITOR, ANTHONY CARLO,
DANIEL CARLO AND KAREN CARLO
Our File No: 32808

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
CASE NO. 12-15709-DHS

IN RE:

NICHOLAS TARSIA
      Debtor

ADVERSARY CASE NO. 12-1590

ANTHONY CARLO, DANIEL CARLO
AND KAREN CARLO

TRIAL DATE: MARCH 7, 2013
10:00 A.M.

      Plaintiff

vs:

JUDGE: DONALD H. STECKROTH

NICHOLAS TARSIA

      Defendant

## Statement of Undisputed Facts

1. The parties arbitrated their disputes in the Superior Court of New Jersey, Law Division, Ocean County, Docket No. L-812-10

2. The arbitrator entered an award in favor of Anthony Carlo in the amount of $552,524.79 based upon breach of fiduciary duties.

3. The award was confirmed on April 29, 2011.

4. Defendant has failed to respond to pretrial discovery to dispute the Plaintiff's allegations.

## Conclusions of Law

1. Defendant is collaterally estopped by the Superior Court judgment. Grogan v. Garner 111 S.Ct. 654 (1991)

2. The claim of Anthony DeCarlo is non-dischargeable under 11 U.S.C.A. §523(a)(4).

## Exhibit List

P-1  Arbitration Award

P-2  Order Confirming Arbitration Award

KATHLEEN R. WALL, ESQUIRE
Attorney for Anthony Carlo

/s/ KATHLEEN R. WALL

DATED: March 4, 2013

_____
KATHLEEN R. WALL, ESQUIRE