| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>Kathleen R. Wall, Esq.<br>2640 Highway 70, Bldg. 9A<br>P.O. Box A<br>Manasquan, NJ  08736<br>Phone: 732-223-0111<br>Attorney for Anthony Carlo, Daniel Carlo and Karen Carlo | |
| In Re:<br><br>Nicholas Tarsia | Case No.:  12-15709 - DHS<br><br>Hearing Date:  March 7, 2013 |
| Anthony Carlo, Daniel Carlo and Karen Carlo<br><br><br>Plaintiff(s)<br>v.<br>Nicholas Tarsia<br><br><br>Defendant(s) | Adv. No.:  12-01590 - DHS<br><br>Judge:  Donald H. Stechroth |

ORDER FOR JUDGMENT

The relief set forth on the following pages, numbered two (2) through ____2____ is hereby **ORDERED**.

**DATED: 03/21/2013**

Honorable Donald H. Steckroth
United States Bankruptcy Judge

(PAGE 2)
CASE NO. 12-15709-DHS
Caption of Order: Order for Judgment

---

This matter having been brought before the Court by Anthony Carlo, Daniel Carlo and Karen Carlo, Kathleen R. Wall, Esq. appearing and Nicholas Tarsia, Barry E. Levin, Esq. appearing and the court having considered the submissions of the parties and heard oral argument;

IT IS on this _____ day of March, 2013 Ordered that the debt of $316,966.69 be declared as non dischargeable pursuant to 11 U.S.C.A. 523(a)(4) and

IT IS FURTHER ORDERED that Judgment be entered in favor of Anthony Carlo, Daniel Carlo and Karen Carlo against Nicholas Tarsia in the amount of $316,966.69 plus costs; and

## CERTIFICATE OF MAILING

I hereby certify that on _____, 2013 _____, a copy of the foregoing Order was served on each of the following: Movant, Trustee and Attorney for Debtor.

*Approved by Judge Donald H. Steckroth March 21, 2013*